# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Jesus Rodriguez Rodriguez,

    Plaintiff

v.

Duran, et al.,

    Defendants

Case No.: 2:19-cv-00695-JAD-VCF

**Order Dismissing Action
for Want of Prosecution**

On May 18, 2021, this court notified the plaintiff that it would dismiss this case for want of prosecution if no action was taken by June 17, 2021.[1] This district's local rule 41-1 states that "All civil actions that have been pending in this court for more than 270 days without any proceeding of record having been taken may, after notice, be dismissed for want of prosecution by the court sua sponte . . . ." The last party-involved activity in this case was a notice that Rodriguez filed on July 6, 2020. As no party has taken action despite notice of this court's intent to dismiss under this rule,

IT IS ORDERED that **this action is DISMISSED** without prejudice for want of prosecution. The Clerk of Court is directed to CLOSE THIS CASE.

Dated: March 22, 2022

                                           U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 12 (Notice Regarding Intent to Dismiss for Want of Prosecution).